**No. 62485.**—M. Farris & Co., Inc. *v.* United States, protest 317383–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62486.**—J. J. Gavin & Co., Inc. *v.* United States, protest 323810–K (New (York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62487.**—Wall Trading Corporation *v.* United States, protest 324313–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62488.**—Bel Paese Sales Co., Inc. *v.* United States, protest 324552–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62489.**—International Expediters, Inc. *v.* United States, protest 324632–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62490.**—J. J. Boll *v.* United States, protests 326890–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 62491.**—Frank P. Dow Co., Inc., of Los Angeles *v.* United States, protest 329445–K (Los Angeles).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62492.**—Ebrahimoff Djemmshidoff *v.* United States, protest 324051–K (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely under section 514, Tariff Act of 1930.